(April 7, 1986)

■ In the Matter of CLIFFORD HOWARD, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, et al., Respondents.— Application, pursuant to CPLR 5704 (a), to review an order of the Supreme Court at Special Term which, in effect, denied petitioner's application for an order to show cause to commence a proceeding against respondents pursuant to CPLR article 78. Application granted, and order entered December 13, 1985 vacated. Based upon our review of the petition, we are of the opinion that it is not patently frivolous or without some merit. Accordingly, the matter is remitted to Special Term for the issuance of an order to show cause authorizing commencement of a proceeding by such service as Special Term deems appropriate *(see, Matter of King v Gregorie,* 90 AD2d 922, *lv dismissed* 58 NY2d 822). Main, J. P., Casey, Yesawich, Jr., Levine and Harvey, JJ., concur.

(April 8, 1986)

■ THE PEOPLE OF THE STATE OF NEW YORK, v CHARLES M. PEALE, Defendant.—Motion for extension of time to take appeal, pursuant to CPL 460.30, denied on the ground that the motion papers do not allege facts constituting a legal basis for the motion *(see,* CPL 460.30 [4]). Mahoney, P. J., Main, Casey, Mikoll and Harvey, JJ., concur.